UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SEBASTIAN WILLIAMS,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-154

### ORDER GRANTING MOTION FOR TERMINATION OF SUPERVISED RELEASE

This matter is before the Court on the Defendant Williams' motion to terminate supervised release (ECF No. 41).  A review of the court records reflect Defendant was sentenced to 120 months imprisonment following his guilty plea to possession with intent to distribute more than 50 grams of a mixture or substance containing cocaine base.  He was also sentenced to five years of supervised release.  His term of supervision began on January 21, 2015.  In his motion, Defendant argues he is not a risk to the community to re-offend, has not had any positive drug screens, he completed his 300 hours of community service ahead of schedule, and has strong family support.

Supervised release and the termination of a term of supervised release are authorized by statute, 18 U.S.C. § 3583.  The decision to terminate a term of supervised release falls within the discretion of the district court.  *United States v. Spinelle*, 41 F.3d 1056, 1060 (6th Cir. 1994).  In exercising that discretion, the district court must consider the § 3553 factors and also find that early

termination of supervised release is warranted by the defendant's conduct and that the early termination is in the interest of justice. *United States v. Suber*, 75 F.App'x 442, 444 (6th Cir. 2003).

The Court has considered Defendant's conduct during his term of supervision to date, the § 3553 factors, and finds the interests of justice warrant termination of supervision prior to the original expiration date. As such, Defendant's motion is **GRANTED**. If the defendant has not violated the terms and conditions of his supervised release between now and February 1, 2018, then Defendant's term of supervision will terminate on February 1, 2018.

**IT IS SO ORDERED**.

Date: January 12, 2018

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney  
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge